No. **CR  08  00059  JF** RS

FILED

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

2008 FEB 6 P 4:23

U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

### SAN JOSE DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

## ORBIL ROBLES OCEGUEDA a/k/a Luis Rene Martinez

# INDICTMENT

**COUNT ONE:**   Title 18, U.S.C. § 1542 - False Statement in Application for United States Passport

*A true bill.*

_____
*Foreperson*

Filed in open court this __6__ day of __February__

A.D. 200__8__

_____
*United States Magistrate Judge*

Bail. $ _no process_

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

E-FILING

2008 FEB -6 P 4:24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORBIL ROBLES OCEGUEDA,
a/k/a Luis Rene Martinez,

Defendant.

CR No. 08 00059 JF

VIOLATION: Title 18, United States Code, Section 1542 - False Statement in Application for United States Passport

SAN JOSE VENUE

### INDICTMENT

The Grand Jury charges:

On or about November 19, 2002, in the Northern District of California, the defendant

ORBIL ROBLES OCEGUEDA,
a/k/a Luis Rene Martinez,

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of the passport under the authority of the United States, for his own use and the use of another contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that he submitted at a United States Post Office in San Jose, California, a Form DS-11 (Passport Application) in which he falsely stated that his

**INDICTMENT**

1  true name was Luis Rene Martinez, whereas in truth and in fact, as he then well knew, his true
2  name was not Luis Rene Martinez, in violation of Title 18, United States Code, Section 1542.
3
4  DATED: 2/6/08                    A TRUE BILL.
5
6                                   _____
                                     FOREPERSON
7
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
10 _____
11 DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office
12
13
   (Approved as to form: _____
14                        AUSA KNIGHT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**INDICTMENT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, U.S.C. § 1542 - False Statement in Application for United States Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT**
ORBIL ROBLES OCEGUEDA a/k/a Luis Rene Martinez

**DISTRICT COURT NUMBER**
CR 08 00059

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70045

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

JF
RS

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: