UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

U.S. District Court for the
Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RE:          USA vs. ORBIL ROBLES OCEGUEDA
USDC No.:    1:08-MJ-00014-DLB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 01, 2008, transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

February 5, 2008      /s/ **J. Hellings**

                      Deputy Clerk

RECEIVED BY: _____
              Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

*Filed FEB 1 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

FILED
FEB 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States District Court

UNITED STATES OF AMERICA
V.

Orbil Robles Ocegueda

DISTRICT

DOCKET NO.

1:08-mj-14 DLB  2/5/08

MAGISTRATE CASE

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☒ complaint   ☐ Other (specify)

charging a violation of  18 U.S.C. § 1542

DISTRICT OF OFFENSE: Northern District of CA.

DATE OF OFFENSE: 11-19-02

**DESCRIPTION OF CHARGES:**

False Statement In an Application for a passport.

BOND IS FIXED AT $ Detained

DISTRICT: Eastern District of CA.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/31/2008
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

■

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CRIMINAL DOCKET FOR CASE #: 1:08-mj-00014-DLB All Defendants
#### Internal Use Only

Case title: USA v. Ocegueda

Date Filed: 01/31/2008
Date Terminated: 02/05/2008

Assigned to: Magistrate Judge Dennis L. Beck

**Defendant (1)**

**Orbil Robles Ocegueda**
TERMINATED: 02/05/2008
also known as
Luis Rene Martinez
TERMINATED: 02/05/2008

represented by **Marc Days**
Federal Defender's Office
2300 Tulare Street
Suite 330
Fresno, CA 93721
559-487-5561
Fax: 559-487-5950
Email: marc_days@fd.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Public Defender or Community Defender Appointment

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
USA

represented by **Ian Garriques**
U.S. Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4000
Fax: 559-497-4099
Email: ian.garriques@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

I hereby attest and certify on 2/5/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2008 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Orbil Robles Ocegueda from Northern District of California. (Lundstrom, T) (Entered: 02/01/2008) |
| 01/31/2008 | 3 | MINUTES (Text Only) for proceedings held before Magistrate Judge Dennis L. Beck: INITIAL APPEARANCE re Out of District Warrant re Complaint (Northern District of CA) as to Orbil Robles Ocegueda held on 1/31/2008. Attorney Ian Garriques for USA, Marc Days for Orbil Robles Ocegueda added. Defendant waives ID Hearing, DETENTION HEARING as to Orbil Robles Ocegueda held on 1/31/2008. Defendant is ordered detained and transported to the Northern District of CAGovernment Counsel I Garriques present. Defense Counsel M Days Appointed present. Custody Status: Custody. Court Reporter/CD Number: ECRO. (Hernandez, M) (Entered: 02/04/2008) |
| 02/01/2008 | 2 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Orbil Robles Martinez. (Hellings, J) (Entered: 02/04/2008) |
| 02/01/2008 | 4 | DETENTION ORDER as to Orbil Robles Ocegueda signed by Magistrate Judge Dennis L. Beck on 2/1/2008. (Hernandez, M) (Entered: 02/04/2008) |
| 02/01/2008 | 5 | COMMITMENT to ANOTHER DISTRICT as to Orbil Robles Ocegueda. Defendant committed to the Northern District of CA, signed by Magistrate Judge Dennis L. Beck on 1/31/08. (Hellings, J) (Entered: 02/04/2008) |
| 02/05/2008 | 6 | TRANSMITTAL of DOCUMENTS as to Commitment to Another District 5 on *2/1/2008* to * U.S. District Court for the* *Northern District of CA* *450 Golden Gate Avenue* *San Francisco, CA 94102-3489*. *Electronic Documents: 1 to 5. *. (Hellings, J) (Entered: 02/05/2008) |
| 02/05/2008 |  | (Court only) ***TERMINATE DEFENDANT Orbil Robles Ocegueda, pending deadlines, and motions, ***SET CLOSED CASE FLAG as to Orbil Robles Ocegueda. (Hellings, J) (Entered: 02/05/2008) |