# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, March 5, 2008
**Case Number:** CR-08-00059-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      **UNITED STATES OF AMERICA V. ORBIL OCEGUEDA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Orbil Ocegueda |
| Attorneys Present: Jeff Schenk | Attorneys Present: Ed Fernandez |

---

PROCEEDINGS:

Status review hearing held. Counsel and defendant are present. Continued to 3/26/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.