UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, March 26, 2008
**Case Number:** CR-08-00059-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   **UNITED STATES OF AMERICA V. ORBIL OCEGUEDA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Orbil Ocegueda |
| Attorneys Present: Susan Knight | Attorneys Present: Charles Smith |

---

PROCEEDINGS:

   Disposition and sentencing hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 3 years probation; $1,000.00 fine; and $100.00 special assessment.