07/24/2008 04:26 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ORBIL ROBLES OCEGUEDA | DCAN508CR000059 | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 700.00 | CT 34611020489 | 1 | PR | 100.00 | 06/23/2008 |
| 001 | ORBIL ROBLES OCEGUEDA | | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 700.00 | CT 54611003350 | 1 | PR | 100.00 | 06/09/2008 |
| 001 | ORBIL ROBLES OCEGUEDA | | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 700.00 | CT 54611003482 | 1 | PR | 100.00 | 07/07/2008 |
| | | | | Sub-Total | | | | | | 300.00 | |
| 001 | ORBIL ROBLES OCEGUEDA | | | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611003187 | 1 | PR | 100.00 | 05/14/2008 |
| | | | | | | | | Division Payment Total | | 400.00 | |
| | | | | | | | | Grand Total | | 400.00 | |

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$100.00 SPECIAL ASSESSMENT ON 5/14/2008 PAID IN FULL

Page 1 of 1